IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 1:07cr136 LG-RHW

ANTHONY MARCELL THOMPSON a/k/a Ant
and CARLOS MONTIQUE KNIGHT
    a/k/a Gator

### ORDER FINALIZING FORFEITURE

THIS MATTER is before the Court on the motion (Ct. R. Doc. #55) of the United States of America for an order finalizing the forfeiture of certain property belonging to Defendants ANTHONY MARCELL THOMPSON, a/k/a "Ant", and CARLOS MONTIQUE KNIGHT, a/k/a "Gator".  After review of the court record in this matter, and upon the representation of the United States that the following property has been administratively forfeited with notice of the seizure and intent to forfeit having been published and sent to each party appearing to have an interest in the property through the administrative process; and no one having filed a claim to the property as provided by the notice, the Court finds that the United States' motion is well taken and should be granted.  It is, therefore,

**ORDERED AND ADJUDGED** that the following described property be, and is hereby, forfeited:

PERSONAL PROPERTY

$75,020.00 in U.S. Currency (07-DEA-491012)

as ordered by the Preliminary Orders of Forfeiture (Ct. R., Docs. #53 and #54) entered by the court and filed of record on the docket on February 6, 2008.

**IT IS FURTHER ORDERED AND ADJUDGED** that the requirement of commencing or completing the ancillary proceeding as required by the Preliminary Orders of Forfeiture is hereby canceled; the Preliminary Orders are made final orders of forfeiture for all purposes; and the clerk is authorized to close the forfeiture segment of this case.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above property shall be disposed of by the appropriate federal agency in accordance with law and regulations.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE